IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON JOE ELKINS,<br><br>Defendant. | CR 15-79-GF-BMM<br><br>**ORDER VACATING DETENTION HEARING** |

Defendant has filed a motion to vacate the detention hearing. (Doc. 63.)

Accordingly, IT IS HEREBY ORDERED that the detention hearing currently set for October 6, 2020 at 4:00 p.m. is VACATED.

DATED this 5th day of October, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge